

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00079-CV

| | | |
|---|---|---|
| Chris Lawry | § | From the County Court at Law |
| v. | § | of Hood County (C06397) |
| Pecan Plantation Owners Association, Inc. and Pecan Plantation Volunteer Fire Department and Emergency Medical Services, Inc. | § | August 18, 2016 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment.

We modify the trial court's judgment for Pecan Plantation Owners Association, Inc. to make the award of appellate attorney's fees contingent upon its prevailing on appeal, and we affirm the remainder of the judgment for Pecan Plantation Owners Association, Inc. as modified.

We modify the trial court's judgment for Pecan Plantation Volunteer Fire Department and Emergency Medical Services, Inc. to make the award of appellate attorney's fees contingent upon its prevailing on appeal, and we affirm

the remainder of the judgment for Pecan Plantation Volunteer Fire Department and Emergency Medical Services, Inc., except as to attorney's fees related to trial.  We reverse the award of trial attorney's fees for Pecan Plantation Volunteer Fire Department and Emergency Medical Services, Inc. in the amount of $31,795, and we remand this case to the trial court solely for a redetermination of Pecan Plantation Volunteer Fire Department and Emergency Medical Services, Inc.'s attorney's fees through the trial date of October 27, 2014.

It is further ordered that appellant Chris Lawry shall pay ninety percent of the costs of the appeal, and Pecan Plantation Volunteer Fire Department and Emergency Medical Services, Inc. shall pay ten percent of the costs of the appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston